SAFEGUARD MUTUAL INSURANCE CO. *v.* HOUSING AUTHORITY OF THE CITY OF CAMDEN ET AL.

No. 1208.  Decided April 22, 1968.

*Malcolm W. Berkowitz* and *Sidney W. Bookbinder* for appellant.

*Bryan B. McKernan* for appellee Housing Authority of the City of Camden.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.